FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
District of _Northern Maryland_

In re _Chizarra L. Dashiell_ ,
                Debtor

Case No. _____
                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | no | 1 | $ 0 | | |
| B - Personal Property | yes | 2 | $ 2,100. | | |
| C - Property Claimed as Exempt | no | 1 | | | |
| D - Creditors Holding Secured Claims | no | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims | no | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 6 | | $24,795.6 | |
| G - Executory Contracts and Unexpired Leases | no | 1 | | | |
| H - Codebtors | no | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ 1,497.84 |
| J - Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 976.00 |

Total Number of Sheets of ALL Schedules ➤   1 6

Total Assets ➤   $ 2,100.

Total Liabilities➤   $ 24,795.64

Form B6A
(6/90)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF Northern Maryland**

In re Chizarra L. Dashiell
          Debtor

Case No. _____

Chapter ___7_____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

*Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.*

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| None | | | | |

Total▶ [                    ]

(Report also on Summary of Schedules.)

Form B6B – (10/89)

| In re | Case No.: |
|---|---|
| Chizarra L. Dashiell | |
| Debtor | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | none | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | $200.00 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | none | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | $300.00 | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | $400.00 | | |
| 6. Wearing apparel. | | $1,000.00 | | |
| 7. Furs and jewelry. | | $200.00 | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | none | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | none | | | |
| 10. Annuities. Itemize and name each issuer. | none | | | |

Form B6B – Continued (10/89)

| In re | | Case No.: | |
|---|---|---|---|
| **Chizarra L. Dashiell** | | | |
| | Debtor | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | none | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | none | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | none | | | |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | none | | | |
| 15. | Accounts receivable. | none | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | none | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | none | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form B6A) | none | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | none | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | none | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | none | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | none | | | |

Form B6C
(6/90)

**UNITED STATES BANKRUPTCY COURT**
_____ DISTRICT OF Northern Maryland

In re Chizarra L. Dashiell
    Debtor

Case No. _____

Chapter _____ 7 _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal Property | MD Courts & Judicial Proceedings section 11-504 (b) (5) | $2,100.00 | none |

Form B6D
(6/90)

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF _Northern Maryland_

In re _Chizarra L. Dashiell_
    Debtor

Case No. _____

Chapter __7_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____ continuation sheets attached

Subtotal ► $ _____
(Total of this page)

Total ► $ _____
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(Rev. 4/01)

**UNITED STATES BANKRUPTCY COURT**

_____ **DISTRICT OF** <u>Northern Maryland</u>

In re <u>Chizarra L. Dashiell</u>
            Debtor

Case No. _____

Chapter ___7_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6F (Official Form 6F)
(9/97)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _Northern  Maryland_

In re _Chizarra L. Dashiell_
            Debtor

Case No. _____

Chapter ____7_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **65 77 63**<br>State of MD-Central Collection<br>300 W. Preston St.<br>5th floor<br>Balt. MD 21201 | | | | | | | $1,017.48 |
| ACCOUNT NO. **06 57 763**<br>Morgan State Univ.<br><br>1700 E. Coldspring Lane<br>Balt. MD 21251-001 | | | | | | | $631.00 |
| ACCOUNT NO.<br>Ren<br>Rent-A-Center<br>8646 Liberty Rd<br>Randallstown, MD 21133 | | | | | | | $4,000.00 |
| ACCOUNT NO.<br>St. Charles At Old Court Partnership<br>P.O. Box 548<br>Owings Mills, MD 21117 | | | | | | | $4,368.64 |

_5__ continuation sheets attached

Subtotal ➤ $ 10,017.12

Total ➤ $ 10,017.22

(Report also on Summary of Schedules)

Form B6F - Cont.
(10/89)

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF __Northern Maryland__

In re__Chizarra L. Dashiell__
    Debtor

Case No. _____

Chapter ___7_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0040907530 <br> Sprint <br> P.O. Box 8077 <br> London, KY 40742 | | | | | | | 302.75 |
| ACCOUNT NO. 188080024 <br> Nextel Communications <br> P.O. Box 17621 <br> Balt. MD 21297 | | | | | | | $1,168.31 |
| ACCOUNT NO. OIFJ001 <br> Target <br> 1000 Nicollet Mall <br> Minneapolis, MN | | | | | | | 122.00 |
| ACCOUNT NO. 4121 7423 5307 7301 <br> Capitol One <br> P.O. Box 85147 <br> Richmond VA 23276 | | | | | | | $561.40 |
| ACCOUNT NO. 0948J003 <br> Verizon <br> P.O. Box 17577 <br> Balt. MD 21229 | | | | | | | $103.00 |

Sheet no. 2 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $ 2,257.63

Total ➤ $12,274.85
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/89)

UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF <u>Northern Maryland</u>

In re <u>Chizarra L. Dashiell</u>
          Debtor

Case No. _____

Chapter _____7_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. K000 64671-1 <br> MD General Health <br> UMMS   P.O.  2462 <br> Aston, PA 19014-0462 | | | | | | | 80.00 |
| ACCOUNT NO. 08349001 <br> Express <br> 6901 Security Blvd <br> Balt. MD 21207 | | | | | | | $114.85 |
| ACCOUNT NO. 0729D016 <br> Macy's <br> P.O. Box 4564 <br> Carol Strm, Il 60197 | | | | | | | $500.00 |
| ACCOUNT NO. 01RU6001 <br> The Wall | | | | | | | $85.00 |
| ACCOUNT NO. 01RU6001 <br> Record Town | | | | | | | $82.00 |

Sheet no. 3 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 861.85
(Total of this page)

Total ➤ $ 13,136.70
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/89)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF Northern Maryland

In re Chizarra L. Dashiell
      Debtor

Case No. _____

Chapter ___7___

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0392N002 Greater Balt. Path | | | | | | | 85.00 |
| ACCOUNT NO. 0125P001 Yardmore Emergency Physican | | | | | | | $168.00 |
| ACCOUNT NO. 02276003 Friedman's 10300 Mill Run Circle Owings Mills , MD | | | | | | | 614.00 |
| ACCOUNT NO. 088QF001 Balt. County Public Library 8604 Liberty Rd Randallstown MD 21133 | | | | | | | $$407.00 |
| ACCOUNT NO. Popular Club 22 Lincoln Place Garfield, N.J. 07026 | | | | | | | 161.00 |

Sheet no. 4 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $   1,435.00
(Total of this page)
Total ➤   $ 14,571.70
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/89)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Northern Maryland

In re  Chizarra L. Dashiell
Debtor

Case No. _____

Chapter ___7_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4185.3401 0100 3704 Visa Plains Commerical Bank P.O. Box 88020 | | | | | | | 511.58 |
| ACCOUNT NO. SECU 971 Corporate Drive Linthicum MD 21090 | | | | | | | $109.00 |
| ACCOUNT NO. 77010931077 Black Expressions P.O. Box 6307 Camp Hill PA 17012 | | | | | | | $70.00 |
| ACCOUNT NO. 5263939 State of MD P.O. Box 46249 Lincolnwood Ill 60646 | | | | | | | $190.00 |
| ACCOUNT NO. 21143-2000 Financial Credit Corp 7027 Miller Rd Warren MI 48092 | | | | | | | 1,780.96 |

Sheet no. 5 of 8 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,662.10
(Total of this page)

Total ➤ $

(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(10/89)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF** Northern Maryland

In re Chizarra L. Dashiell
Debtor

Case No. _____

Chapter ___7_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 835250<br><br>MVA - State of MD<br>CCU<br>300 W. Preston St<br>Balt. MD 21201 | | | | | | | $1,064.00 |
| ACCOUNT NO. 1284866<br><br>MVA - State of MD<br>Central Coll. Unit<br>300 W. Preston St. | | | | | | | $6,027.84 |
| ACCOUNT NO.<br><br>MVA - State of MD<br>CCU<br>300 W. Preston St. | | | | | | | $470.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 6 of 6 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 7,561.84
(Total of this page)

Total ➤ $ 24,795.64
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6G
(10/89)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF Northern Maryland**

In re Chizarra L. Dashiell
       Debtor

Case No. _____

Chapter __7_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
    State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

    **NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

**UNITED STATES BANKRUPTCY COURT**
_____ DISTRICT OF Northern Maryland

In re Chizarra L. Dashiell
    Debtor

Case No. _____

Chapter __7_____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[X] Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(6/90)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF __Northern Maryland__

In re __Chizarra L. Dashiell__
         Debtor

Case No. _____

Chapter ____7____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

*The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.*

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **single** | NAMES | AGE | RELATIONSHIP |
| | | | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Message Center Specialist | |
| Name of Employer | Sears | |
| How long employed | 5 months | |
| Address of Employer | 4742 Howell Road Tucker, Georgia 30084 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| **Income:** (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $1,646.00 | $ |
| Estimated monthly overtime | $ 0 | $ |
| SUBTOTAL | $1,646.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $97.50 | $ |
| b. Insurance | $50.76 | $ |
| c. Union dues | $ 0 | $ |
| d. Other (Specify: _____) | $ 0 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 148.16 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $1,497.84 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ |
| Income from real property | $ 0 | $ |
| Interest and dividends | $ 0 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ |
| Social security or other government assistance (Specify) _____ | $ 0 | $ |
| Pension or retirement income | $ 0 | $ |
| Other monthly income (Specify) _____ | $ 0 | $ |
| | $ 0 | $ |
| TOTAL MONTHLY INCOME | $1,497.84 | $ |

TOTAL COMBINED MONTHLY INCOME        $_____        (Report also on Summary of Schedules)

*Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:*

Form B6J
(6/90)

**UNITED STATES BANKRUPTCY COURT**

_____ DISTRICT OF _Northern Maryland_

In re _Chizarra L. Dashiell_
        Debtor

Case No. _____

Chapter __7_____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $250.00 |
| Are real estate taxes included?    Yes _____    No _____ | |
| Is property insurance included?    Yes _____    No _____ | |
| Utilities    Electricity and heating fuel | $ _____ |
|         Water and sewer | $ _____ |
|         Telephone | $44.00 |
|         Other _____ | $60.00 |
| Home maintenance (repairs and upkeep) | $ 0 |
|    Food | $200.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0 |
| Charitable contributions | $ 5.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0 |
|      Life | $ 0 |
|      Health | $ 48.00 |
|      Auto | $ 119.00 |
|      Other _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ 0 |
|      Other _____ | $ _____ |
|      Other _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other _____ | $ _____ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 976.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ _____ |
| B. Total projected monthly expenses | $ _____ |
| C. Excess income (A minus B) | $ _____ |
| D. Total amount to be paid into plan each _____ | $ _____ |
|                        (interval) | |

Form B6 - Cont.
(12/94)

**UNITED STATES BANKRUPTCY COURT**

_____ DISTRICT OF _Northern Maryland_  FILED

In re _Chizarra L. Dashiell_                          2004 DEC -3  P 12: 30
              Debtor

                                        U.S.
                                        DIS
                              Case No. _____

                                           MARYLAND
                              Chapter __7_____         BALTIMORE

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                                    *(Total shown on summary page plus 1.)*
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _11/26/04_____        Signature: _____
                                                        Debtor

Date _____       Signature: _____
                                                    *(Joint Debtor, if any)*

                                   [If joint case, both spouses must sign.]

------------------------------------------------------------------------------

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____

                                   Signature: _____

                                              [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.